**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRYAN MOORE, CLIFFORD KEEN, DAVID HANSON, SR., ROBERT JUGE, JR., DAVID HANSON, JR., CHERYL HANSON, SEAN BEAVERS, TAMMY HANSON, STERLING HEBERT, JR., and JAMES FRANKLIN** | * | **CIVIL ACTION NO.: 17-5219** |
| | * | **JUDGE: BARBIER** |
| **VERSUS** | * | |
| **RANDY SMITH, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. TAMMANY PARISH** | * | **MAGISTRATE: WILKINSON** |

**MOTION IN LIMINE TO EXCLUDE**
**UNSUPPORTED CONCLUSIONS AND OPINIONS BY DEFENDANT'S EXPERTS**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, and for the reasons set forth fully in their Memorandum in Support, respectfully request that this Court issue an order excluding all unsupported conclusions and opinions set forth in Defendant's economic experts', Harold Asher and/or Jeffrey Meyers, reports.

Respectfully submitted,

**THE DEMMONS LAW FIRM, LLC.**

s/Larry E. Demmons
**LARRY E. DEMMONS** (#24376)
3201 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504)-296-6417
Facsimile: (504)-335-0749

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **MOTION IN LIMINE TO EXCLUDE UNSUPPORTED CONCLUSIONS AND OPINIONS BY DEFENDANT'S EXPERTS** has been served upon:

Chadwick W. Collings – ccollings@millinglaw.com

*via* the court's electronic delivery system this 22nd day of October, 2019.

s/Larry E. Demmons

**LARRY E. DEMMONS** (#24376)
The Demmons Law Firm, LLC
3201 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504)-296-6417
Facsimile: (504)-335-0749
E-mail: larry@demmonslaw.com

**COUNSEL FOR PLAINTIFFS**