AsherMeyers, LLC
DISPUTE ADVISORY & FORENSIC SERVICES

October 11, 2019

Mr. Chadwick W. Collins
Ms. Cynthia M. Bologna
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471

Re: Bryan Moore

Dear Mr. Collins and Ms. Bologna:

You have asked us to calculate the damages under the below described scenarios and to comment on the report prepared by Shael Wolfson dated August 16, 2019 ("Wolfson Report") in this matter.

Bryan Moore was born on April 21, 1969. As of June 30, 2016, Mr. Moore had completed 18.2 years of service with the St. Tammany Parish Sheriff's Department.[1] Mr. Moore was disabled and unable to work effective June 22, 2016.[2] Mr. Moore received disability benefits beginning in 2016 through 2018 as a result of his representation that he was unable to work due to physical limitations.

Based upon limited and incomplete information provided by Wolfson on October 7, 2019 in connection with the document production pursuant to his subpoena duces tecum and on Mr. Moore's purported actual compensation as of August 4, 2019 totaling $35,340, Mr. Moore's annualized earnings in 2019 totals $59,751.

Mr. Moore was terminated on June 30, 2016 with an actual date of separation of October 1, 2016.[3]

**Materials Reviewed**

1. Deposition of Bryan Moore dated June 28, 2018

2. Wolfson Report

3. Forms W-2 and 1099-MISC for 2017 through 2018 for Bryan Moore

[1] Wolfson Report, Page 2
[2] Correspondence dated June 22, 2016 from Mack Jay Groves, IV, DPM included in Miscellaneous Documents
[3] Wolfson Report, Page 1

4. St. Tammany Parish Sheriff's Office Detail Check History for Mr. Moore for the period 01/01/2013 to 09/10/2019 ("STPSO Check History")

5. St. Tammany Parish Sheriff's Office Fy 2017 Payraise

6. Various documents produced in connection with the September 19, 2019 Subpoena Duces Tecum production ("Miscellaneous Documents")

7. Various documents produced by Wolfson on October 7, 2019

8. Report dated October 9, 2019 by Hegwood & Company ("Hegwood Report")

9. Correspondence dated October 10, 2019 by Keith Duplechain of the Louisiana Sheriffs' Pension & Relief Fund

10. Louisiana Sheriffs' Pension & Relief Fund Member Handbook, Revised March 2015

We have requested information (including, but not limited to, income tax returns for 2014 through 2018) that may impact our opinions in this matter. As such, we reserve our right to amend this report upon receipt of additional relevant information.

**Scenario 1 Damages**

You have advised us that Mr. Moore was an "at will" employee of the St. Tammany Parish Sheriff's Department. You have also advised us that Mr. Moore' employer complied with the applicable legal requirements in connection with his termination.

As such, Mr. Moore has sustained no damages under this scenario.

**Scenario 2 Damages**

Alternatively, you have asked us to assume that Mr. Moore was improperly terminated.

For purposes of our calculations, we have assumed that Mr. Moore's annual compensation at the St. Tammany Parish Sheriff's Office as a Major totals $77,500.[4]

[4] Wolfson Report, Page 1

*Lost Back Pay*

Mr. Moore was disabled and unable to return to the workforce on a full-time basis until 2019.

Based upon Mr. Moore's earning capacity ranging from $66,102 and $81,806, Mr. Moore's annual earnings capacity totals $73,954 (the mid-point of wages in the Hegwood Report).

Accordingly, beginning as a January 2019 and based on Mr. Moore's annualized compensation of $77,500 with STSPO and an earning capacity of $73,954, Mr. Moore has sustained lost back pay totaling approximating $3,400 through the reference date of this report (date of trial – December 16, 2019).

Alternatively, beginning as a January 2019 and based on Mr. Moore's annualized compensation of $77,500 with the STPSO and current annualized compensation of $59,751, Mr. Moore has sustained lost back pay totaling approximately $17,000 through the reference date of this report.

*Lost Front Pay*

Based on Mr. Moore's earning capacity of $73,954, Mr. Moore's lost front pay totals $3,500 per year.

Alternatively, based on Mr. Moore's current annualized compensation of $59,751, Mr. Moore's lost front pay totals $17,750 per year.

*Fringe Benefits*

Mr. Moore has not provided sufficient relevant data as of this report date for us to determine the amount, if any, of his lost fringe benefits.

**Wolfson Report**

Wolfson's calculations are unreliable and fatally flawed for the following reasons:

11. Wolfson obviously failed to review sufficient relevant data relating to Mr. Moore.

12. Wolfson failed to properly consider the impact of Mr. Moore's disability.

13. Wolfson failed to properly consider the impact of Mr. Moore's earning capacity. According to the Hegwood Report, Mr. Moore's earning capacity ranges from $81,806 to $66,102 (a mid-range of $73,954).

14. Wolfson improperly excluded the impact of Mr. Moore's failure to mitigate his purported losses. Subsequent to the termination at issue, Mr. Moore had the ability to suffer no diminution in health insurance and retirement benefits.

15. Wolfson failed to request and properly consider the impact of Mr. Moore's employee business expenses. Wolfson should have reviewed and properly considered the impact of any business expenses reflected on the income tax returns for Mr. Moore during all relevant years. There is no indication that Wolfson performed this analysis.

16. Wolfson's representation of Mr. Moore's lost retirement benefits is excessively speculative, improperly calculated and inconsistent with our understanding of lost front pay benefits.

17. Wolfson failed to properly consider Mr. Moore's actual future retirement benefits in his calculation of lost retirement benefits.

18. Wolfson improperly includes Back DROP losses.

19. Wolfson has failed to comply with the subpoena duces tecum and has failed to produce the calculations associated with his purported losses for Mr. Moore in connection with this lack of production.

This report has been authored by Harold A. Asher and Jeffrey E. Meyers.

We reserve the right to amend this report should additional relevant information come to our attention.

Harold A. Asher does hereby state the following:

In accordance with Rule 26 of the Federal Rules of Civil Procedure, I do hereby state the following:

I have not authored any publications within the preceding 10 years.

I expect to be compensated for my work according to my standard fee schedule, which is $465 per hour, with the exception of depositions, for which my standard rate is $930 for the first hour or any part thereof and $465 for each additional hour or any part thereof.

I have testified as an expert at trial and/or been deposed within the preceding four years in the following matters:

Michael Sartisky v Louisiana Endowment for the Humanities
*United States District Court for the Eastern District of Louisiana* (deposition October 2015)

Timothy L. Chandler v United States of America and Nathaniel B. Greene, Sr.
*United States District Court for the Western District of Louisiana* (deposition November 2015)

Larry Warner and Ava Warner v USAA General Indemnity Insurance Company, Canal Insurance Company and Patrick Alexis
*24th Judicial District Court for the Parish of Jefferson* (trial testimony January 2016)

Stryker Corporation, et al v Christopher Ridgeway, at al
*United States District Court for the Western District of Michigan, Southern Division* (trial testimony February 2016)

FIE, LLC v New Jax Condominium Association, Inc. and Earl Weber, Jr.
*Civil District Court for the Parish of Orleans, State of Louisiana* (trial testimony March 2016)

Jacobee Lee v Louisiana Board of Trustees for State Colleges, et al
*19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana* (deposition September 2015 and trial testimony March 2016)

Julie Unangst Quinn v Bobby Sperandeo, CPA and Malcolm M. Dienes, LLC
*24th Judicial District Court for the Parish of Jefferson* (deposition March 2016)

Michael Cheese v GIS Marine, LLC et al
*United States District Court for the Eastern District of Louisiana* (deposition April 2016)

Lagniappe Logistics, Inc. of Mississippi v Scott Buras, Barrett McCreary, Todd Nienaber, Citation Logistics, LLC, Citation Investments, Inc.
*22nd Judicial District Court for the Parish of St. Tammany* (deposition August 2016 and trial testimony October 2016)

Paul Thompson and David Simmons v Williams Companies, Inc., et al
*18th Judicial District Court for the Parish of Iberville* (trial testimony September 2016)

Phylway Construction, LLC v Terrebonne Parish Consolidated Government
*32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana* (deposition October 2016)

Paul Thompson and David Simmons v Williams Companies, Inc., et al
*18th Judicial District Court for the Parish of Iberville* (trial testimony November 2016)

Timothy L. Chandler v United States of America and Nathaniel B. Greene, Sr.
*United States District Court for the Western District of Louisiana* (deposition February 2017)

Cody B. Teague, et al v. Baker Hughes Oilfield Operations, Inc., et al
*In the Circuit Court of Bibb County, AL – CV 2012-900011* (deposition March 2017)

Janet Krug and Michael Krug v Celebrity Cruises, Inc.
*United States District Court for the Western District of Louisiana* (deposition May 2017)

Shawn L. Saunders v Canal Insurance Company, et al
*19th Judicial District Court for the Parish of East Baton Rouge* (deposition October 2017)

First American Bankcard, Inc. v Smart Business Technology, Inc., et al
*United States District Court for the Eastern District of Louisiana* (deposition October 2017)

In the Matter of the Arbitration Between: Sammye M. Brock and Estate of Dr. Don J. Brock, Claimants, v Raymond James & Associates, Inc., Raymond James Financial Inc., Frank Gibson, and Elizabeth Gibson, Respondents
*Finra Case No.: 16-02930* (testimony November 2017)

Leslie Bateman Brennan v Richard Joseph Brennan, Jr.
*Civil District Court for the Parish of Orleans* (deposition and trial testimony February 2018)

Rebecca H. Holloway, et al v Dr. Glenn E. Hummel, et al
*4th Judicial District Court for the Parish of Ouachita, State of Louisiana* (deposition April 2018)

Leigh Ann Schell and McGready L. Richeson v Kuchler, Polk, Schell, Weiner & Richeson, LLC
*Civil District Court for the Parish of Orleans* (deposition May 2018)

The Finish Line, Inc. v Jayesh Patel; Pumilia & Adamec LLP f/k/a Pumilia Patel & Adamec LLP, and Does 1 through 100, Inclusive
*Superior Court of the State of California for the County of Los Angeles* (deposition May 2018)

Mathes Brierre Architects, APC v Karlton/ISG Enterprises, LLC, International Sales Group, LLC and J.S. Karlton Company, Inc.
*Civil District Court for the Parish of Orleans, State of Louisiana* (trial testimony May 2018)

Angela Morris, as Conservator for Kentheral Chambers, Jr, as incapacitated adult v The Emory Clinic, Inc., Emory University, Jonathan Grossberg, M.D., Joshua Osbun, M.D., Brandon Miller, M.D., John Doe M.D.'s 1-2 and XYZ Corporations
*In the State Court of DeKalb County, State of Georgia* (deposition June 2018)

JAI, LLC and Ashok D. Patel v Jaydel Sachania and Sonia Sachania
*9th Judicial District Court for the Parish of Rapides* (deposition June 2018)

Andre White, Claimant v Flowers Baking Co. of Houston, LLC, Respondent
*The Arbitration Tribunals of the American Arbitration Association* (deposition September 2018)

Coastal Industries, LLC v Arkel Constructors, LLC
*American Arbitration Association* (arbitration testimony September 2018)

Ellsworth Corporation v American Casualty Company of Reading, PA
*United States District Court for the Eastern District of Louisiana* (deposition October 2018)

Justin P. Hughes v Skanska USA Building, Inc., et al
*Civil District Court for the Parish of Orleans, State of Louisiana* (deposition October 2018)

Jessie Lara-Brown, Claimant v Flowers Baking Co. of Houston, LLC, Respondent
*The Arbitration Tribunals of the American Arbitration Association* (arbitration testimony November 2018)

Mohab Said v Federated Rural Electric Insurance Exchange
*36th Judicial District Court for the Parish of Beauregard*, State of Louisiana (deposition October 2016 and trial testimony February 2019)

Kevin J. Schehr v Source Production & Equipment Company, Inc.
*29th Judicial District Court for the Parish of St. Charles*, State of Louisiana (deposition March 2019)

Jacquelyn Johnston Burk v William Richard Burk, III
*Civil District Court for the Parish of Orleans, State of Louisiana* (deposition May 2019)

Nolaluna, LLC v Crosby, E. Howell, et al
*Civil District Court for the Parish of Orleans, State of Louisiana* (deposition June 2019)

Demetris Haynie, et al Twin Oaks Nursing Home, Inc. et al
*40th Judicial Court for the Parish of St. John the Baptist, State of Louisiana* (trial testimony July 2019)

Trinity Medical Services, LLC, Performance Labs, LLC and Prestige Healthcare Solutions, LLC v Merge Healthcare Solutions, Inc.
*United States District Court for the Middle District of Louisiana* (deposition July 2019)

Patrick Scott Young, Claimant v Flowers Baking Co. of Tyler, LLC, and Flowers Foods, Inc., Respondent
*American Arbitration Association* (arbitration testimony July 2019)

Hunters Run Gun Club, LLC and The Great International Land Company, LLC v Eddie D. Baker
*United States District Court for the Middle District of Louisiana* (deposition September 2018 and Trial Testimony August 2019)

Kenneth Ebarb, Claimant v Flowers Baking Co. of Tyler, LLC, and Flowers Foods, Inc., Respondent
*American Arbitration Association* (arbitration testimony August 2019)

Wagners Chef, LLC v Brothers Petroleum, LLC
*Civil District Court for the Parish of Orleans, State of Louisiana* (trial testimony September 2019)

Charlotte F. Akinkugbe v Ochsner Foundation Clinic and Christoper J. Wormuth, M.D.
*Civil District Court for the Parish of Orleans, State of Louisiana* (trial testimony September 2019)

Theodore Knatt, M.D. v Hospital Service District No. 1 of East Baton Rouge Parish, Louisana, D/B/A Lane Memorial Hospital, et al.
*United States District Court, Middle District of Louisiana (deposition September 2019)*

Charmane Nicole Butler, Claimant v Flowers Baking Co. of Tyler, LLC, and Flowers Foods, Inc., Respondents
*American Arbitration Association* (arbitration testimony October 2019)

Jeffrey E. Meyers does hereby state the following:

In accordance with Rule 26 of the Federal Rules of Civil Procedure, I do hereby state the following:

I have not authored any publications within the preceding 10 years.

I am being compensated for my work according to my standard fee schedule, which is $315 per hour, with the exception of court time and depositions, for which my standard rate is $630 for the first hour or any part thereof and $315 for each additional hour or any part thereof.

I have testified as an expert at trial and/or been deposed within the preceding four years in the following matters:

Lagniappe Logistics, Inc. of Mississippi v Scott Buras, Barrett McCreary, Todd Nienaber, Citation Logistics, LLC, Citation Investments, Inc.
*22nd Judicial District Court for the Parish of St. Tammany* (deposition August 2016)

Douglas Delaney and Danielle Delaney v Morris Seantry and Ports America Louisiana, LLC
*Civil District Court for the Parish of Orleans* (trial testimony June 2017)

Philip R. Adams v CoSolutions, Inc.
*United States District Court for the Eastern District of Louisiana* (deposition November 2017)

John Murphy v Cheryl Griffin Murphy
*22nd Judicial District Court for the Parish of St. Tammany* (trial testimony November 2017)

Eliana Amparo Soto v Alireza Sadeghi
*Civil District Court for the Parish of Orleans* (trial testimony December 2017)

Campano, et al v USA
*United States District Court, District of Hawaii* (Report Admitted as Trial Testimony December 2017)

In Re: Lowyless Glasper v Pennymac Holdings, LLC by Pennymac Loan Servicing, LLC Its' Servicing Agent
*United States Bankruptcy Court, Eastern District of Louisiana* (deposition March 2018)

Paradigm Health System, LLC v Barry Faust
*22nd Judicial District Court for the Parish of St. Tammany* (deposition March 2018)

The Finish Line, Inc. v Jayesh Patel; Pumilia & Adamex LLP f/k/a Pumilia Patel & Adamec LLP, and Does 1 through 100, Inclusive
*Superior Court of the State of California for the County of Los Angeles* (deposition April 2018)

Lynda Ronquillo Ton v Hendrikus Ton
*25th Judicial District Court for the Parish of Plaquemines* (trial testimony May 2018)

Parastoo Rezaeimehr v Nasser Pazooki
*24th Judicial District Court for the Parish of Jefferson* (deposition August 2018)

Michael A. Munnings v Terry Burr, et al
*United States District Court for the Middle District of Louisiana* (deposition August 2018)

Aylin Maklansky v Steven Maklansky
*Civil District Court for the Parish of Orleans* (trial testimony September 2018)

Robert Emery Meachem v Andrea Rhodes Meachem
*24th Judicial District Court for the Parish of Jefferson* (deposition August 2016 and trial testimony September 2016 and October 2018)

Andrew Knight v Kirby Offshore Marine, LLC, et al
*United States District Court for the Eastern District of Louisiana* (trial testimony February 2019)

In the Matter of: Juli Juneau v Stewart J. Juneau
*Civil District Court for the Parish of Orleans* (depositions December 2017 and September 2018 and trial testimony February 2019)

Shelly Bernstein v Kenneth D. Bernstein
*Civil District Court for the Parish of Orleans* (trial testimony April 2019 and June 2019)

Joanna L. McFall, Individually and as the Personal Representative of the Estate of John E. McFall, Deceased, Jack P. McFall and Jarran E. McFall v United States of America
*United States District Court for the District of Hawaii* (deposition May 2019)

Charlene Gates as Executrix of the Succession of Richard Gates and Individually v. Irvin G. Schorsch, III, Pennsylvania Capital Management, Inc, and Charles Schwab & Co., Inc.
*Finra Arbitration No. 17-00698* (testimony June 2019)

Paula Aldis, et al v USA
*United States District Court, District of Hawaii* (Report Admitted as Trial Testimony August 2019)

We attach the following our Curricula Vitae.

Harold A. Asher — Date: 10/11/19

Jeffrey E. Meyers — Date: 10/11/19

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

**Professional & Business History**

Asher Meyers, L.L.C., Co-Founder July 2016 to present
Harold A. Asher, CPA, L.L.C., January 2002 to present
Katz & Asher, Ltd. A Corporation of Certified Public Accountants and Consultants
Co-founder and Partner (October 1979 to December 2001)
K & A Capital Management, Owned and managed a Registered Investment Advisory Firm (1999 to 2001)
Koltun & Buckman, Ltd. (1978 to1979)
Price Waterhouse & Co. (1975 to1978)
Mr. Asher has provided investment advice to clients since 1979.

**Education**

Masters of Business Administration, Tulane University (May 1975) with concentration in Accounting and Finance
Bachelor of Science with Major in Biology, Tulane University (May 1973)
Professional Education includes at least 40 annual hours.

**Range of Experience**

Mr. Asher has experience in compilations, reviews and audits of financial statements; individual, corporate, fiduciary, partnership and estate tax planning and compliance; financial and pension consulting and planning; forensic accounting, fraud investigation, investment advisory services, litigation support and business valuation services.

His financial consulting experience consists of analysis of proposed investment vehicles (including, but not limited to, marketable and closely-held stocks, tax favored investment strategies, bonds and limited partnerships) and assistance in developing a suitable portfolio, which meets the client's specific objectives for liquidity, diversification, risk and return. He has designed and reviewed internal accounting control systems. This work defined weaknesses and implemented recommendations to correct them.

He is experienced in pension consulting and compliance that includes analysis of client retirement objectives, investment criteria and determination of cost of funding the non-owner employee benefit. He has performed administrative services including preparation of Form 5500C/R (Return/Report of Employee Benefit Plan), participants' statements, summary annual reports, balance sheets and statements of income and expenses.

Mr. Asher's extensive litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, assistance in discovery process, negotiations, depositions and trial testimony.
His widespread experience in various areas includes, but is not limited to, valuation of medical

and legal entities, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of family limited partnerships, valuation of limited liability companies, valuation of participant interest in pension plans, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, accounting malpractice claims, calculation of damages resulting from personal injuries, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

**Qualifications**

Mr. Asher is qualified as an expert witness in the United States District Court, Eastern and Western Districts of Louisiana, Southern District of Alabama, Western District of Michigan Southern Division and District of New Mexico, the United States Bankruptcy Court, Eastern and Middle Districts of Louisiana, Middle District of Tennessee and Southern District of Texas, Corpus Christi Division, the 1st Judicial District Court for the Parish of Caddo, the 24th Judicial District Court for the Parish of Jefferson, the Civil District Court for the Parish of Orleans, the 22nd Judicial District Court for the Parish of St. Tammany, the 19th Judicial District Court for the Parish of East Baton Rouge, the 29th Judicial District Court for the Parish of St. Charles, the 18th Judicial District Court for the Parish of Iberville, the 34th Judicial District Court for the Parish of St. Bernard, the 23rd Judicial District Court for the Parish of St. James, the 15th Judicial District Court for the Parish of Lafayette, the 4th Judicial District Court for the Parish of Ouachita, the 36th Judicial District Court for the Parish of Beauregard, the 40th Judicial District Court for the Parish of St. John the Baptist, the 143rd Judicial District Court of Ward County, Texas, Court of Common Pleas Hamilton County, Ohio and Circuit Court of Jackson County, Mississippi. In addition, he is qualified in various National Association of Securities Dealers (NASD) proceedings and various American Arbitration Association (AAA) proceedings.

He has been selected by the United States Department of Justice to calculate damages in civil and criminal Matters.

He served as Financial Advisor for both Louisiana Stadium and Exposition District and New Orleans Convention and Visitors Bureau.

Mr. Asher has also served as financial consultant in connection with the relocation of the Charlotte Hornets of the National Basketball Association to New Orleans.

**Personal**

Mr. Asher received his Certified Public Accountant certification in July 1976. He is a member of the American Institute of Certified Public Accountants, its Business Valuation and Forensic & Litigation Services Section and the Louisiana Society of Certified Public Accountants.

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

The American Institute of Certified Public Accountants designated Mr. Asher as Accredited in Business Valuation in February 2007 and as Certified in Financial Forensics in July 2008.

He was designated a Certified Fraud Examiner by the Association of Certified Fraud Examiners in February 1995 and a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts in December 1995.

Mr. Asher is a member of the Securities Experts Roundtable. He received his Series 65 License from the Securities and Exchange Commission in December 1999 and served as a registered investment adviser from 1999 through 2004.

He was designated as a Forensic Certified Public Accountant in March 2006.

Mr. Asher is a member of the National Association of Forensic Economists, American Academy of Economic and Financial Experts and Institute of Business Appraisers.

Mr. Asher currently serves on the Board of Son of a Saint, an organization that exists to enhance the lives of fatherless boys through mentorship, emotional support, development of life skills, exposure to constructive experiences and formation of positive, lasting peer-to-peer relationships.

He served on the Board of Tour de Lis, a cancer support organization.

Mr. Asher was President of the Jewish Federation of Greater New Orleans (1999 through September 2001) and President of the Louisiana Council of American Israeli Public Affairs Committee (AIPAC) from June 2003 to June 2005.

**Contact Information**

Harold A. Asher
433 Metairie Road, Suite 215
Metairie, Louisiana 70005
E-Mail: hasher@asher-meyers.com

Office: 504.566.7577
Direct Dial: 504.308.3515
Fax: 504.566.9003

# *Jeffrey E. Meyers, CVA, MAFF, CFE*

**Professional & Business History**

Asher Meyers, L.L.C., Co-Founder July 1, 2016 to present
Harold A. Asher, CPA, L.L.C., January 2005 through June 30, 2016
Loyola University of New Orleans, August 2004 to present
University of New Orleans, August 2003 through December 2004
Louisiana Department of Insurance, September 2001 through July 2003

**Education**

Master of Science in Mathematics, University of New Orleans, December 2004
Concentration in Statistics

Bachelor of Science with major in Mathematics, Louisiana State University, July 2003
Magna Cum Laude, LSU Honors College, Sophomore Honors Distinction

**Range of Experience**

Mr. Meyers' litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, and assistance in the discovery, negotiation, deposition and trial processes.

Mr. Meyers' has extensive consulting and business valuation experience in various areas, including but not limited to, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of limited liability companies, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, calculation of damages resulting from personal injuries, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

Mr. Meyers' experience includes the application of various statistical concepts including, but not limited to, data analysis, statistical graphs, sampling, regression analysis, data production, probability theory and statistical testing and inference.

**Qualifications**

Mr. Meyers is qualified as an expert witness in the 24th Judicial District Court for the Parish of Jefferson, Civil District Court for the Parish of Orleans, 22nd Judicial District Court for the Parish of St. Tammany, 25th Judicial District Court for the Parish of Plaquemines, United States District Court for the Eastern District of Louisiana, United States District Court for the District of Hawaii and in FINRA Arbitration proceedings.

# *Jeffrey E. Meyers, CVA, MAFF, CFE*

**Personal**

Mr. Meyers was designated a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts in May 2009 and a Master Analyst in Financial Forensics co-sponsored by the National Association of Certified Valuators and Analysts as of July 2010.

The Association of Certified Fraud Examiners designated Mr. Meyers a Certified Fraud Examiner in February 2011.

Mr. Meyers is a member of the National Association of Certified Valuators and Analysts, Association of Certified Fraud Examiners and the American Statistical Association.

Mr. Meyers has been an adjunct professor of mathematics (algebra, finite mathematics and statistics) at Loyola University since 2006.

He was previously elected and served on the Litigation Forensics Board for the National Association of Certified Valuators and Analysts.

He also served on the Editorial Board of the National Litigation Consultants' Review and the Board of Tour de Lis, Inc., a cancer support organization.

**Contact Information**

Jeffrey E. Meyers
433 Metairie Road, Suite 215
Metairie, Louisiana 70005

Phone: (504) 566-7577
Fax: (504) 566-9003
E-mail: jmeyers@asher-meyers.com