UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN MOORE, ET AL. | CIVIL ACTION |
| VERSUS | NO: 17-5219 |
| RANDY SMITH | SECTION: "J"(2) |

### ORDER

Before the Court is a *Motion for Entry of Partial Final Judgment* **(Rec. Doc. 245)** filed by Plaintiff Cheryl Hanson. Plaintiff contends that certification under Rule 54(b) is proper because it will promote judicial efficiency by allowing the Court to conduct only one trial rather than two, assuming that Plaintiff prevails on appeal and that her case is remanded before the remaining claims proceed to trial. However, in addition to the fact that the same argument could be raised in almost every case with multiple claims or plaintiffs, Plaintiff's argument fails to recognize that certification will almost certainly result in multiple appeals in exchange for potentially avoiding a wholly speculative second trial. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **DENIED**.

New Orleans, Louisiana this 10th day of December, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE